UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>**MIGUEL PEREZ-HERNANDEZ,**<br><br>　　　　Defendant. | Case No.: 07CR2648-GT<br><br>[PROPOSED] ORDER |

**IT IS HEREBY ORDERED** that the sentencing hearing in this case be changed from April 8, 2008, 9:00 a.m., to May 16, 2008, at 9:00 a.m, or such other time as convenient for the Court.

Dated: _April 2, 2008_

　　　　　　　　　　　　　　　　　　　　HONORABLE GORDON THOMPSON
　　　　　　　　　　　　　　　　　　　　United States District Judge

07CR2648-GT